**Order entered March 19, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00319-CV

### IN RE J.C. RASOR, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-9100094-TV**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We ORDER that relator bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
JUSTICE